

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00037-CV

---

City of South Padre Island, Texas
v.
La Concha Condominium Association, Clay Padginton, Cindy Clendenen, and
Robert Steenbock

---

On appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2017-DCL-5673-E

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant and it is ordered to pay all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

October 25, 2018